IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BILLY JOE WILLIAMS                                                                       PLAINTIFF

V.                              CIVIL NO. 5:08-CV-5238

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                     DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby reverse the decision of the Commissioner and remand the case for further proceedings consistent with this opinion.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 16th day of November, 2009.

/s/ Erin L. Setser
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE